**ATLANTIC GREYHOUND CORPORATION, Appellant, v. Donald W. KROGGEL, a minor by his next friend, Theodore Kroggel, Appellee.**

No. 10961.

United States Court of Appeals
Sixth Circuit.

Feb. 2, 1950.

Robert G. McIntosh, Cincinnati, Ohio, for appellant.

Waite, Schindel & Bayless, Cincinnati, Ohio, Fesler, Elam & Fauvre, Indianapolis, Ind., for appellee Howard Young Jr., and Michael L. Fansler, Indianapolis, Ind.

Before HICKS, Chief Judge and SIMONS and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and arguments of counsel, and on consideration whereof it appears to the court that there is no reversible error upon the record,

It is therefore ordered and adjudged that the orders and judgments appealed from be and the same are in all things affirmed.

**In the Matter of the Petition of Joseph BALL or Jozef Bal, Appellant, v. Eddie E. ADCOCK, District Director of Immigration and Naturalization Service for the Detroit District, Appellee.**

No. 10905.

United States Court of Appeals
Sixth Circuit.

Feb. 18, 1950.

Romanoff & Romanoff, Detroit, Mich., for appellant.

Edward T. Kane and Kenneth W. Smith, Detroit, Mich., for appellee.

Before MARTIN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of record, the briefs of the parties, and argument in open court, and the court being duly advised,

Now, therefore, it is hereby ordered, adjudged, and decreed that the order of the District Court discharging the writ of habeas corpus be and the same is hereby affirmed for the reasons set forth in the findings of fact and conclusions of law of the District Court.